UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
         :
UNITED STATES OF AMERICA         :
         :
    -v-         :         19-CR-28 (PAE)
         :
DAVIT KUDUGULYAN,         :         <u>UNSEALING ORDER</u>
         :
        Defendant.         :
         :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    IT IS HEREBY ORDERED that the above-captioned case be and is unsealed.

    SO ORDERED.

Dated: October 22, 2020
       New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge